UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

    Plaintiff,

v.                                                  Case No: 5:19-cv-591-Oc-30PRL

EXCEL HOSPITALITY GROUP, LLC,

    Defendant.
_____

## ORDER

In recent weeks, Plaintiff-Intervenor, Jessica Silvers has filed several discovery motions. (Docs. 18, 19, 21). The first motion, which was filed on June 17, 2020, asked the Court to compel Defendant to serve answers to Ms. Silvers' First Set of Interrogatories. (Doc. 18). That motion now appears to be moot, given Ms. Silvers' subsequent motion to compel better responses to the First Set of Interrogatories. (Doc. 21).

**DONE** and **ORDERED** in Ocala, Florida on July 16, 2020.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties