IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
Ocala Division

| | | |
|---|---|---|
| UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) ) | |
| Plaintiff | ) ) | Case No.: 5:19-cv-00591-Oc-30PRL |
| JESSICA SILVERS | ) | |
| Intervenor | ) ) | |
| vs. | ) ) | |
| EXCEL HOSPITALITY GROUP, LLC D/B/A REGENCY PARK ASSISTED LIVING & MEMORIAL CARE, | ) ) ) ) | |
| Defendant | ) ) | |

## CONSENT DECREE

The Consent Decree ("Decree") is made and entered into by and among Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC"), Intervenor Jessica Silvers, and Defendant Excel Hospitality Group, LLC d/b/a Regency Park Assisted Living and Memorial Care ("Regency Park").

## INTRODUCTION

1.      The EEOC filed this action on November 20, 2019, under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000e et seq. ("Title VII"), and Title I of the Civil Rights Act of 1991, 42 U.S.C. §1981a, to correct unlawful employment practices on the basis of sex and to provide appropriate relief to Jessica Silvers.

1

2.     The EEOC and Intervenor Jessica Silvers alleged that Regency Park violated Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991, by failing to hire or otherwise employ Ms. Silvers for the position of Caregiver based on her sex, female, and that unlawful employment practices complained of were intentionally done with malice and/or reckless indifference to the federally protected rights of Ms. Silvers.

## NO ADMISSION OF LIABILITY

3.     It is understood and agreed that Consent Decree is a full compromise of disputed claims, and that neither this Consent Decree nor the payment pursuant to this agreement shall be construed as an admission of any wrongdoing or liability by Regency Park.

## EFFECTIVE DATE

4.     The Effective Date of this Decree is the date on which the Court gives final approval to the Decree by entering it on the Court docket after motion and hearing, if required.

## GENERAL PROVISIONS

5.     This Decree fully and finally resolves the claims asserted in the Complaint and Intervenor's Complaint filed by the EEOC and Ms. Silvers in this action styled *EEOC v. Excel Hospitality Group, LLC.*, Case No. 5:19-cv-00591-Oc-30PRL, in the United States District Court, Middle District of Florida.  Such action arose from the allegations contained in EEOC Charge Number 511-2018-04747.

6.     The Parties acknowledge that this Decree does not resolve any other Charges of Discrimination that may be pending with EEOC against Regency Park. This Decree in no way affects the EEOC's right to bring, process, investigate or litigate other charges that may

be in existence or may later be filed against Regency Park in accordance with standard EEOC procedures.

7.    If one or more provisions of this Decree are rendered unlawful or unenforceable, the Parties shall attempt to agree upon what amendment to this Decree, if any, is appropriate to effectuate the purposes of the unlawful or unenforceable portion of this Decree. In any event, the unaffected provisions will remain enforceable.

8.    No waiver, modification, or amendment of any provision of this Decree will be effective unless made in writing and signed by an authorized representative of each of the Parties. By mutual agreement of the Parties, this Decree may be amended or modified in the interests of justice and fairness in order to effectuate the provisions of this Decree.

9.    Nothing in this Decree shall be construed to limit or reduce Regency Park's obligation to comply with the statutes enforced by EEOC: Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000e et seq., ("Title VII"), Title I of the Americans with Disabilities Act ("ADA"), 42 U.S.C. §12101, as amended, the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. §§621-633a, the Equal Pay Act ("EPA"), 29 U.S.C. §206(d), and the Genetic Information Nondiscrimination Act of 2008 ("GINA"), 42 U.S.C. § 2000f.

## FINDINGS

10.    Having carefully examined the terms and provisions of this Decree, and based on the pleadings, record and stipulations of the Parties, the Court finds the following:

a.    This Court has jurisdiction over the subject matter of this action and the Parties;

b.  The terms of this Decree are adequate, reasonable, equitable, and just, and the rights of the Parties, and the public interest are adequately protected by this Decree; and

c.  The terms of this Decree are and shall be binding upon the present and future representatives, agents, directors, officers, successors, and assigns of Regency Park.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

## DURATION OF THE DECREE & JURISDICTION

11.  All provisions of this Decree shall be in effect (and the Court will retain jurisdiction of this matter to enforce this Decree) for a period of three years after the Effective Date, provided, however, that if, at the end of the three-year period, any disputes regarding compliance remain unresolved, the term of the Decree shall be automatically extended (and the Court will retain jurisdiction of this matter to enforce the Decree) until such time as all such disputes have been resolved.

12.  No party shall contest the jurisdiction of this Federal Court to enforce this Decree and its terms or the right of EEOC to bring an enforcement suit upon alleged breach of any term(s) of this Decree;

## CHARGING PARTY'S RELIEF

13.  In settlement of this lawsuit, Regency Park shall pay the total sum of $39,000 ($34,000 in 1099 income and $5,000 in W-2 income). This sum shall be the full and final amount Regency Park shall pay to settle claims brought by the EEOC in this lawsuit based on EEOC Charge of Discrimination No. 511-2018-04747.

4

14.     One check for $5,000 less applicable withholdings made payable to Jessica Silvers shall be hand delivered or mailed via overnight mail no later than fourteen (14) days from the Effective Date to: Jessica Silvers, 21 Emerald Lane, Leesburg, FL 34748.

15.     One check for $34,000 made payable to "James P Tarquin PA Trust Account on behalf and for the benefit of Jessica Silvers" shall be hand delivered or mailed via overnight mail no later than fourteen (14) days from the Effective Date to: 1111 NE 25th Avenue, Suite 501, Ocala, Florida 34470.

16.     Regency Park will issue an I.R.S. Form 1099 and Form W-2 to Ms. Silvers for the above listed amounts and send them to Jessica Silvers, 21 Emerald Lane, Leesburg, FL 34748.

17.     If Regency Park fails to tender payment as described in paragraphs 13 through 15, above, then Regency Park shall pay interest on the defaulted payment at the rate calculated pursuant to 26 U.S.C. § 6621(b) until the same is paid, and bear any additional costs incurred by the EEOC caused by the non-compliance or delay of Regency Park.

18.     Copies of all payments made pursuant to paragraphs 13 through 15 above, and the I.R.S. Forms referred to in paragraph 16, shall be forwarded to "Robert E. Weisberg, Regional Attorney, Re: Regency Park Consent Decree" at U.S. Equal Employment Opportunity Commission, 100 S.E. 2nd Street, Suite 1500, Miami, Florida 33131 and/or robert.weisberg@eeoc.gov and chelsae.ford@eeoc.gov

19.     Regency Park agrees that Jessica Silvers will not be penalized for filing the charge of discrimination and she shall be eligible for consideration for future positions with Regency Park.

## INJUNCTION

20.     Regency Park and its officers, managers, supervisors, employees, agents, successors, and assigns, shall not consider a female's pregnancy or ability to become pregnant in making hiring and termination decisions and decisions with respect to compensation and promotion.

## ONGOING COMMITMENT TO EQUAL EMPLOYMENT OPPORTUNITY

21.     Within thirty (30) calendar days of the Effective Date, Regency Park will adopt, disseminate, implement and maintain a policy that prohibits discrimination on the basis of sex, including pregnancy. The policy shall explicitly state that: (1) pregnancy discrimination is a form of sex discrimination; and (2) sex discrimination in hiring is prohibited and will not be tolerated.   The policy must also include clear procedures for making a complaint of discrimination, including the name(s) and contact information of the person(s) responsible for receiving complaints. There shall be at least one human resources official or other manager identified for receiving complaints.

22.     The policy shall further state that retaliation for making a complaint is strictly forbidden, and that any manager or employee that engaged in retaliation will be subject to discipline, up to and including termination.

23.     The policy shall be distributed to all current employees within thirty (30) days of its adoption and shall be given to all new employees within ten (10) days of hire during the duration of this Decree.

24.     Within thirty (30) days of the Effective date, Regency Park will review its hiring policies and practices to ensure that applicants have equal opportunities regardless of their sex

6

and/or ability to become pregnant. These policies and practices shall include the maintenance of records relating to the applications received and the reasons for the hiring decision.

25.    On an annual basis during the duration of this Decree, the CEO shall deliver a live executive message to the Regency Park workforce regarding the importance of equal employment opportunity and diversity in hiring. The address shall include information about Regency Park's EEO policies and reporting procedures.

26.    Within thirty (30) calendar days of the Effective Date, Regency Park will complete the following steps relating to its job advertisements and applications for positions in all programs:

a. Regency Park shall direct managers or third-party vendors to include the following language in all job advertisements: "Regency Park is an Equal Opportunity Employer."  The failure of an individual manager or third-party vendor to include such language shall not be deemed a violation of the Decree, provided that Regency Park takes prompt corrective action upon notice that a job advertisement is not compliant.

b. Each application shall include the following language:

**REGENCY PARK IS AN EQUAL OPPORTUNITY EMPLOYER. QUALIFIED APPLICANTS WILL RECEIVE CONSIDERATION WITHOUT REGARD TO AGE, RACE, RELIGION, SEX (PREGNANCY, SECUAL ORIENTATION, GENDER IDENTITY) NATIONAL ORIGIN, OR DISABILITY. WE ENCOURAGE ALL QUALIFIED APPLICANTS TO APPLY.  IF YOU BELIEVE YOU HAVE BEEN DISCRIMINATED AGAINST, PLEASE CONTACT DEBRA WOODS.  YOU ALSO HAVE THE RIGHT TO FILE A CHARGE OF DISCRIMINATION WITH THE EQUAL EMPLOYMENT OPPORTUNITY COMMISSION.**

## TRAINING

27.    Upon execution of this Decree, Regency Park shall provide three (3) hours of live training on sex discrimination as described in paragraph 29 below on an annual basis for any human resources officers and managers with hiring authority.

28.    The initial training shall take place within sixty (60) calendar days of the Effective Date.

29.    Regency Park shall retain, at its own expense, a subject matter expert ("SME") on sex discrimination to conduct the training sessions. The SME shall have no prior relationship with Regency Park.  The SME shall be identified to the EEOC within thirty (30) days of the entry of this Decree, and Regency Park must obtain the EEOC's agreement on the SME. The EEOC's agreement on an SME will not be unreasonably withheld.

30.    The training shall include, but is not limited to, the following: (1) an explanation of the prohibition against discrimination based on sex and pregnancy or future pregnancy; (2) an explanation of the prohibition against retaliation under Title VII of the Civil Rights Act of 1964 including, but not limited to, Regency Park's complaint and investigation procedures, what constitutes retaliation for opposing discrimination or making a charge, testifying, assisting, or participating in any manner in investigations, proceedings, or hearings concerning discrimination or retaliation; and (3) an explanation on how to avoid discrimination in interviewing and hiring including, but not limited to, sex-neutral and non-discriminatory recruiting, interviewing, and hiring and training on how to avoid stereotypes, including sex-based stereotypes and gender-role stereotypes, in hiring and in the workplace, and a description of the types of questions that should not be asked of applicants and/or interviewees.

31.     Regency Park agrees that the EEOC, at its discretion, may attend training sessions required by this Consent Decree. Regency Park will provide the EEOC with at least fourteen (14) days' advance notice of the time, date, and location of each training. The notice shall be sent to Robert E. Weisberg, Regional Attorney and Chelsae Ford with the subject line "Regency Park Consent Decree" at robert.weisberg@eeoc.gov and chelsae.ford@eeoc.gov. Regency Park also agrees to notify the EEOC of any scheduling changes.

32.     Within seven (7) days of the completion of each training session, Regency Park will notify the EEOC in writing of the completion of the date of the training session and the name and job title of each person who attended the training. Regency Park will also provide copies of all written or visual materials provided to the participants of the training sessions. This information shall be sent to Robert E. Weisberg, Regional Attorney, and Chelsae Ford with the subject line "Regency Park Consent Decree" at robert.weisberg@eeoc.gov and chelsae.ford@eeoc.gov.

## NOTICE

33.     Within ten (10) business days after the Effective Date of this Decree, Regency Park will post copies of the Notice attached as Exhibit A in at least two (2) conspicuous location easily accessible to and commonly frequented by Regency Park's employees. The Notices shall be at least eleven by fourteen inches and laminated. The Notices will remain posted for the duration of this Decree. Regency Park will take reasonable steps to ensure that the postings are not altered, defaced or covered by any other material. Regency Park will certify to the EEOC in writing within fourteen (14) business days after the Effective Date of the Decree that the Notices have been properly posted.

## MONITORING AND REPORTING

34.     The EEOC may review compliance with this Decree at any time.  In the event EEOC believes there has been a violation of the Decree, and as part of EEOC's review and compliance monitoring, EEOC may conduct interviews of Regency Park employees and request and obtain documents from Regency Park.  To the extent EEOC requests assistance in these compliance efforts, EEOC will provide Regency Park with at least 5 days' notice of the need to conduct interviews and obtain documents.

35.     Regency Park will provide to the EEOC the following written reports twice annually for a period of three (3) years following the Effective Date of this Decree. The reports shall be due annually on June 30 and December 31. Each report shall contain:

   a.  A certification that Regency Park has complied with paragraphs 21-26 above;

   b.  A certification that the Notice required to be posted in paragraph 33 above remained posted during the entire period preceding the Report;

   c.  A summary report containing (i) the name of each open non-executive position that Regency Park filled over the prior six months and, (ii) for each open position, a list of applicants for that position, as well as each applicant's or new hire's gender, relevant work experience, and all documents discussing the applicant's performance during interviews and any other stages of the hiring process, and (iii) the name and gender of the person hired for each position. Any notices or reports required by this Decree shall be sent via electronic mail to Robert Weisberg and Chelsae Ford with the subject line "Regency Park

10

Consent Decree" at robert.weisberg@eeoc.gov and chelsae.ford@eeoc.gov; and

d.   A report identifying: (i) the name and last known contact information (including telephone number; address; and email) of any applicant or employee that has complained about sex discrimination or retaliation, whether such complaint is verbal or written, formal or informal; (ii) a description of the nature of each complaint received, including the name and title of the alleged discriminator, name of the applicant or employee making the complaint, relevant dates, and what action (if any) Regency Park took in response to the complaint.  If there are no complaints of discrimination or retaliation, Regency Park shall indicate the same

36.    Nothing contained in this Decree shall be construed to limit any legal obligation Regency Park may otherwise have to maintain records, including under Title VII and its record keeping regulations.

**DISPUTE RESOLUTION**

37.    In the event that either party believes that the other party has failed to comply with any provisions of the Decree, the complaining party shall notify the alleged non-complying party in writing of such non-compliance and afford the alleged non-complying party fourteen (14) calendar days to remedy the non-compliance or satisfy the complaining party that the alleged non-complying party has, in fact, complied.  This time period may be extended by the parties by written agreement.  If the alleged non-complying party has not remedied the alleged non-compliance or satisfied the complaining party that it has complied

11

within fourteen (14) calendar days (or such time period as otherwise agreed), the complaining party may apply to the Court for appropriate relief.

## NOTIFICATION OF SUCCESSORS

38.    Regency Park shall provide prior written notice of this lawsuit and a copy of the Complaint and this Decree to any potential purchasers, successors, assigns, subsidiaries, affiliates, or any other corporation, entity, or division with which Regency Park may merge or consolidate.  All such entities shall be bound by this Decree.

## DOCUMENT AND DATA RETENTION

39.    Notwithstanding the expiration of the other provisions of this Decree, for one (1) year after the expiration of the term of this Decree, Regency Park shall retain all documents or data made or kept under this Decree. Regency Park shall provide such documents or data to the EEOC within fourteen (14) days after receiving the EEOC's written request, provided the same is received by Regency Park no later than fourteen (14) days after the expiration of such one-year period. This information will be sought by EEOC solely for purposes of ascertaining and ensuring compliance with the Consent Decree.

## NO CONDITIONAL RECEIPT

40.    Regency Park will not condition the receipt of individual relief on Jessica Silvers' agreement to (a) maintain as confidential the terms of this Consent Decree; (b) waive her statutory right to file a charge of discrimination with any federal or state anti-discrimination agency; (c) or waive her right to apply for employment with Regency Park in the future.

## COSTS

41.    Each party to this Decree shall bear its own costs associated with this litigation.

42.     Regency Park shall bear all costs incurred by the EEOC caused by Regency

Park's non-compliance with this decree, including but not limited to any and all costs arising

out of EEOC's efforts to remedy any breach in this Court.

**IT IS SO ORDERED** in Tampa, Florida on January 22 , 2021.

The Honorable James Moody
United States District Judge

AGREED TO:

FOR PLAINTIFF U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION:

By: **Robert E. Weisberg**       Date: **01/22/2021**

ROBERT E. WEISBERG
Regional Attorney
U.S. EEOC
Miami District Office
100 S.E. 2nd Street,
Suite 1500
Miami, Florida 33131
Tel: 305-808-1789

INTERVENOR JESSICA SILVERS:

Date: 1/20/21

FOR DEFENDANT EXCEL HOSPITALITY GROUP, LLC D/B/A/ REGENCY PARK:

By:                                Date: 1/20/21

Betty Carroll
Regency Park Assisted Living Facility
15000 US-441
Eustis, FL 32726
Tel: (352)609-2040

13

 **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## NOTICE TO ALL REGENCY PARK EMPLOYEES

This Notice is being posted pursuant to a Consent Decree entered by the U.S. District Court, Middle District of Florida, in *EEOC v. Excel Hospitality Group, LLC*, Case No. 5:19-cv-00591-Oc-30PRL. In this case, the EEOC alleged that Regency violated Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991, by failing to hire or otherwise employ a female for the Caregiver position based on her pregnancy, a condition of her sex, female. Regency Park denies the allegations. As a result of a consent decree entered in the lawsuit, Regency Park is required to display this posting.

Title VII protects individuals from employment discrimination because of their sex. Additionally, Title VII protects employees from discrimination for making charges, testifying, assisting, or participating in enforcement proceedings. Regency Park will not condone employment discrimination of any kind as set forth in federal anti-discrimination laws. It is the policy of Regency Park to offer employment opportunities to all qualified employees and applicants, regardless of sex, race, color, religion, national origin, age, disability, or other protected characteristic. Regency Park does not tolerate intentional discrimination in violation of the provisions of Title VII of the Civil Rights Act of 1964. as amended; the Age Discrimination in Employment Act (ADEA); Genetic Information Nondiscrimination Act of 2008 (GINA); or the Equal Pay Act (EPA) of 1963, or the Americans with Disabilities Act (ADA), as amended.

Regency Park assures its employees that it supports Title VII and will not take any action against an individual because he/she has exercised his/her rights under the law to oppose discriminatory acts or to file charges with the EEOC. Appropriate corrective action, up to and including termination, based upon the circumstances involved, shall be taken against any employee (including management personnel) found to have violated Regency Park's policy prohibiting discrimination.

The EEOC enforces the federal laws against discrimination in employment on the basis of disability, race, color, religion, national origin, sex. and age. If you believe you have been discriminated against, you may contact the EEOC at 1(800)669-4000. The EEOC charges no fees and has employees who speak languages other than English.

This Notice must remain posted for three years from the date below and must not be altered, defaced or covered by any other material. Any questions about this Notice may be directed to: Robert E. Weisberg, Regional Attorney, Re: Regency Park Consent Decree at U.S. Equal Employment Opportunity Commission 100 S.E. 2nd Street, Suite 1500, Miami, Florida 33131 and robert.weisberg@eeoc.gov

Date: _____   _____
Betty Carroll, Excel Hospitality Group, LLC